### UNITED STATES of America, Plaintiff–Appellee,

v.

### Znop Byx VMON, a.k.a Russell Lee Slack, Defendant–Appellant.

No. 03–11173.

Non–Argument Calendar

D.C. Docket No. 00–00060– CR–FTM–29–DNF.

United States Court of Appeals, Eleventh Circuit.

Aug. 4, 2005.

Michelle P. Smith, Federal Public Defender's Office, R. Fletcher Peacock, Or-

---

lando, FL, Martin Derovanesian, Fort Myers, FL, for Defendant–Appellant.

Jeffrey F. Michelland, United States Attorney's Office, Anne Marie Robinson, Fort Myers, FL, Tamra Phipps, U.S. Attorney's Office, M.D. of Florida, Karin B. Hoppmann, Tampa, FL, for Plaintiff–Appellee.

Before CARNES, HULL and KRAVITCH, Circuit Judges.

PER CURIAM.

Znop Byx Vmon was convicted of knowingly making false statements to a licensed firearms dealer in connection with attempts to purchase firearms, in violation of 18 U.S.C. § 922(a)(6) and sentenced to 70 months imprisonment. We affirmed his conviction on direct appeal, in which Vmon raised a constitutional challenge to his convictions under *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), for the first time in his reply brief. Vmon petitioned the Supreme Court for certiorari, which the Court granted, vacating and remanding the case to us for reconsideration in light of *United States v. Booker,* — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

This court does not consider issues raised for the first time in a reply brief, and this rule applies to *Booker* challenges. *See United States v. Day,* 405 F.3d 1293, 1294 n. 1 (11th Cir.2005); *United States v. Dockery,* 401 F.3d 1261, 2005 WL 487735 (11th Cir.2005); *United States v. Levy,* 2005 WL 1620719 (11th Cir. July 12, 2005). Accordingly, we AFFIRM.